IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01905-EWN-MEH

POSTNET INTERNATIONAL FRANCHISE CORPORATION,

      Plaintiff,
v.

DAVID M. HENRY and
ANITA L. HAWK-HENRY,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 30, 2006.**

      Defendants Application to File Answer out of Time [Filed October 27, 2006; Docket #9] is **denied** without prejudice for failure to comply with D.C.Colo.L.Civ.R. 7.1.A., Duty to Confer. Pursuant to Local Rules, Defendants are required to confer with Plaintiff before filing such a motion to determine whether Plaintiff objects to the relief requested. The Local Rules can be found at the United States District Court, District of Colorado website, www.cod.uscourts.gov/rules_frame.htm. Because this motion is denied without prejudice, Defendants may re-file this motion after complying with the Local Rules and certifying to the Court the same.