IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01905-EWN-MEH

POSTNET INTERNATIONAL
FRANCHISE CORPORATION,

    Plaintiff,

v.

DAVID M. HENRY and
ANITA L. HAWK-HENRY,

    Defendants.

## ORDER DISCHARGING ORDER TO SHOW CAUSE
## AND SETTING SCHEDULING CONFERENCE

This matter comes before the Court on Defendant's Response (#22) to the Order to Show Cause issued January 25, 2007 (#20), and Plaintiff's Response to Defendant's Response (#23). Defendants state that they intended to focus all efforts on settlement in this matter, rather than on litigation. Defendants also state that they have no objection to the discovery deadlines suggested by Plaintiff's counsel in the Proposed Scheduling Order, but Plaintiffs have not provided a statement of their defenses to Defendant. Accordingly, Defendants are hereby ORDERED to confer with Plaintiff's counsel regarding a scheduling order. A Scheduling Conference is scheduled for **Wednesday, April 4, 2007, at 9:30 a.m.** Defendants may request to appear at the conference by phone by contacting Chambers at 33-844-4507. The proposed scheduling order is to be filed no later than March 28, 2007.

Defendants also state that they do not anticipate appearing at any hearings scheduled in this case. Efforts towards settlement, however, do not relieve Defendants of the obligation to appear at

1

Court hearings or to comply with Court orders.  Pursuant to Fed. R. Civ. P. 37, the Court may sanction a party for refusal to obey court orders.  Moreover, Defendants could have sought leave of the Court to appear at the Scheduling Conference by telephone, thus minimizing the burden placed on them. Defendants should consider this option in the future, as referenced above, rather than simply disregarding Court orders.

The Court will not require Defendants to pay any sanctions at this time, such as Plaintiff's attorney's fees for appearing at the last Scheduling Conference, but the Court cautions Defendants that *any future failure to appear as ordered by this Court will result in a sanction against Defendants and may result in a finding of contempt against Defendants*.  Defendants are further cautioned that refusal to participate in the discovery process with Plaintiff may also result in sanctions up to and including judgment by default against Defendants.  The Order to Show Cause is hereby **discharged**.

Dated at Denver, Colorado this 8th day of March, 2007.

                                                    BY THE COURT:

                                                  s/ Michael E. Hegarty
                                                  Michael E. Hegarty
                                                  United States Magistrate Judge